UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TERRY L. FINN,
          Defendant.

08-CR-    08 CR 132(f)



FILED
MAY 16 2008
CLERK, US DISTRICT COURT, WDNY

**INFORMATION**

Title 18, United States Code,
Section 2422(a)

### COUNT ONE

**The United States Attorney Charges:**

Between in or about October of 2006 and in or about January of 2007, the exact dates being unknown, in the Western District of New York, the defendant TERRY L. FINN, did knowingly persuade, induce and entice a minor to travel in interstate commerce from the State of Vermont to Brocton, New York, for the purpose of engaging in sexual activity for which he could be charged with a criminal offense, that is, statutory rape in violation of New York Penal Law Section 130.25.

All in violation of Title 18, United States Code, Section 2422(a).

DATED: Buffalo, New York, May 16, 2008.

TERRANCE P. FLYNN
United States Attorney

BY: *Marie P. Grisanti*
MARIE P. GRISANTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 818
marie.grisanti@usdoj.gov