UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

TERRY L. FINN,

        Defendant.

_____

08-CR-132-RJA

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Kimberly A. Schechter, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable Richard J. Arcara, Chief United States District Judge, United States Courthouse, 68 Court Street, Buffalo, New York, **on the papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Kimberly A. Schechter, dated August 8, 2008. |
| **RELIEF REQUESTED:** | To file Statement of Defendant with Respect to Sentencing Factors and Objections, under seal, to protect the confidentiality of information concerning a minor. |
| **DATED:** | Buffalo, New York, August 8, 2008. |

                                            **/s/ Kimberly A. Schechter**
                                            Kimberly A. Schechter
                                            Assistant Federal Public Defender
                                            Federal Public Defender's Office
                                            300 Pearl Street, Suite 450
                                            Buffalo, New York 14202
                                            (716) 551-3341, (716) 551-3346 (Fax)
                                            kimberly_schechter@fd.org.
                                            Attorney for Defendant Terry L. Finn

**TO:**    Marie P. Grisanti
           Assistant United States Attorney

           Kathleen A. Horvatits
           U. S. Probation Officer

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,           08-CR-132-RJA

        v.                              **AFFIRMATION**

TERRY L. FINN,

        Defendant.

_____

**KIMBERLY A. SCHECHTER,** affirms under penalty of perjury that:

I am an Assistant Federal Public Defender in the Western District of New York and was assigned to represent the above-named defendant on August 3, 2007. I make this affirmation in support of my motion to file the Statement of Defendant with Respect to Sentencing Factors and Objections, under seal, in order to protect the confidentiality of information concerning a minor.

    **DATED**:    Buffalo, New York, August 8, 2008.

        Respectfully submitted,

        **/s/Kimberly A. Schechter**
        Kimberly A. Schechter
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        300 Pearl Street, Suite 450
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 Fax
        kimberly_schechter@fd.org

**To:**   Marie P. Grisanti        Counsel for Defendant Terry L. Finn
       Assistant U. S. Attorney

       Kathleen A. Horvatits
       U. S. Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                                **08-CR-132-RJA**

TERRY L. FINN,

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on **August 8, 2008**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Marie P. Grisanti
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202

And, I hereby certify that I have e-mailed the document to the following non-CM/ECF participant(s).

1.     Kathleen A. Horvatits
       U. S. Probation Officer
       234 U.S. Courthouse
       68 Court Street
       Buffalo, New York 14202

                                                  **/s/ Joanne Sabatino**
                                                  Legal Secretary
                                                  Federal Public Defender's Office